IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JASON RICKEY HOLLOWAY                      PETITIONER

V.                      CIVIL ACTION NO. 1:20-CV-136-SA-DAS

RON KING and
STATE OF MISSISSIPPI                      RESPONDENTS

ORDER

On January 9, 2023, Magistrate Judge Sanders entered a Report and Recommendation [23]. The Report and Recommendation [23] clearly explains the facts of the case and engages in an extensive analysis, ultimately recommending that "the petition for writ of habeas corpus be denied *with prejudice* and the case dismissed." [23] at p. 15. The Report and Recommendation [23] then specifically advised the parties as to the appropriate procedure to filing any objections. Although the time to file an objection has expired, no objection has been filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

Having reviewed the Report and Recommendation [23] and the record as a whole, the Court finds that there is no plain error. The Court ADOPTS IN FULL the Report and Recommendation [23]. The Petitioner's writ of habeas corpus is hereby denied *with prejudice*. This CASE is CLOSED.

SO ORDERED, this the 22nd day of February, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE